Louis T. Herzon, for appellants; no appearance for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; rehearing denied February 9, 1951; released for publication March 2, 1951.

Johanne Donnelly, Minor, by Joseph Donnelly, Father and Next Friend, Appellant, v. Real Estate Management Corporation et al., Defendants below. Hyde Park-Lake Park Building Corporation et al., Appellees.

Gen. No. 45,262.

William H. Arpaia, for appellant; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.